IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 NOV 28 PM 3: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

Plaintiff,

v.

SHERRELLE COATS,

Defendant.

CR. NO. 04-20392-02-Ma

## ORDER TO SURRENDER

The defendant, Sherrelle Coats, having been sentenced in the above case to the custody of the Bureau of Prisons and having been granted leave by the Court to report to the designated facility, **IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to **Federal Correctional Institution Marianna (Satellite Camp-F), 3625 FCI Road, Marianna, Florida 32446**, no later than **2:00 p.m.** on **Thursday, December 8, 2005.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall sign one copy of this order in the proper space and return it to the Clerk of Court in the enclosed self-addressed envelope, acknowledging that she has received a copy of this Order and that she will report as ordered to the facility named above.

**ENTERED** this the 28th day of November, 2005

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___11-30-05___

103

(04-20392-Ma)

### ACKNOWLEDGMENT TO BE SIGNED BY THE DEFENDANT


I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.


_____

                        Defendant

_____

                          Date

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 103 in
case 2:04-CR-20392 was distributed by fax, mail, or direct printing on
November 30, 2005 to the parties listed.

---

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT