IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

UNITED STATES OF AMERICA,

VS.                                         NO. 04-20392-Ma

SHERRELLE COATS,

    Defendant.

---

ORDER EXTENDING SURRENDER DATE

---

Before the court is the defendant Sherrelle Coats' December 2, 2005, motion to extend her surrender date. For good cause shown, the motion is granted. Defendant Sherrelle Coats shall surrender to the Federal Correctional Institution in Mariana, Florida, on Thursday, January 5, 2006, by 2:00 p.m.

It is so ORDERED this  5th  day of December, 2005.

                        SAMUEL H. MAYS, JR.
                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   12-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 109 in case 2:04-CR-20392 was distributed by fax, mail, or direct printing on December 9, 2005 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Honorable Samuel Mays
US DISTRICT COURT